IVY ETHERIDGE, *ADM'X.*, PLAINTIFF-PETITIONER, v.
STEFFENS-AMBERG CO., DEFENDANT-RESPONDENT.

*Messrs. Harth & Enright* and *Mr. William W. Murphy* for the petitioner.

*Messrs. Carroll & Galvin* for the respondent.

October 29, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ARTHUR DI VINCENT, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Joseph Barry* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Christopher R. Wood* for the respondent.

October 29, 1968. Denied.

JOHN T. GREEN, JR., *ET AL.*, PLAINTIFFS-PETITIONERS, v.
JAMES J. DALY, DEFENDANT-RESPONDENT.

*Messrs. Kisselman, Devine, Deighan & Montano* for the petitioners.

*Mr. Alex P. Schuenemann, 3rd* for the respondent.

October 29, 1968. Denied.